# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | | |
|---|---|---|
| **CHRISTINA KINMAN** | : | **CASE NO. 1:11-CV-428** |
| **PLAINTIFF** | : | |
| | : | **JUDGE BERTELSMAN** |
| v. | : | |
| | : | **ELECTRONICALLY FILED** |
| **SERVATII PASTRY SHOP** | : | |
| **AND DELI, ET AL.** | : | **Agreed Order Extending** |
| | : | **Time Plaintiff to Respond to** |
| **DEFENDANTS** | : | **Defendant's Motion to Dismiss** |

The Plaintiff and Defendants, by agreement, hereby tender the following Agreed Order extending Plaintiff's time to respond to the pending Motion to Dismiss. The Plaintiff shall respond to the Defendant's pending Motion on or before November 7, 2011.

IT IS HEREBY ORDERED that the Plaintiff shall file his response on or before November 7, 2011.


HAVE SEEN AND AGREED TO:


/s/ Jeffrey C. Shipp
Jeffrey C. Shipp (0037949)
300 Buttermilk Pike, Ste. 100
Ft. Mitchell, KY 41017
Tele:  (859) 578-5415
Fax:   (859) 331-5337
Email: jshipp@wallaceboggs.com

Attorneys for Plaintiff


-and-

/s/ Angela S. Rapp (w/permission)
Jonathan R. Vaughn (0022897)
Angela J. Rapp (0080928)
VORYS, SATER, SEYMOUR AND PEASE, LLC
221 E. Fourth Street, Suite 2000 Atrium II
Cincinnati, OH 45202
Tele: (513) 723-8582
Fax: (614) 719-5010
Email: jrvaughn@vorys.com
ajrapp@vorys.com

Attorneys for Defendants


**IT IS SO ORDERED** this 18th day of October, 2011.

*William O. Bertelsman*
**WILLIAM O. BERTELSMAN, JUDGE**